# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00740-CV

## In re Acme Electric Corporation

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Acme Electric Corporation filed its petition for writ of mandamus on November 15, 2005.  We requested a response from the real parties in interest by December 9.  On December 8, the parties filed a joint motion to abate the proceeding, stating that they have settled their dispute pending approval by the Comal Independent School District's board of trustees.  We grant the motion and abate the appeal until February 1, 2006.  If the settlement is approved by that time, the parties are asked to file a joint motion to dismiss the proceeding.  If the settlement has not yet been approved, the parties are asked to file a status report and request an extension of the abatement or the reinstatement of the proceeding.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   December 16, 2005